IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCIANO VARGAS LOPEZ,<br><br>               Petitioner,<br><br>       vs.<br><br>DONALD J. TRUMP, in their official capacity as President of the United States; KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; PETER BERG, in their official capacity as St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; JEROME KRAMER, in their official capacity as Dakota County Sheriff, Official of Dakota County Detention Center; and ALLEN GILL, in their official capacity as Field Office Director of Omaha office of United States Immigration and Customs Enforcement,<br><br>               Respondents. | **8:25CV526**<br><br><br>**ORDER EXTENDING DEADLINES ON ORDER TO SHOW CAUSE**<br>**AND**<br>**REQUIRING BRIEFING ON RECENT BOARD OF IMMIGRATION APPEALS DECISION** |

This action for habeas corpus relief pursuant to 28 U.S.C. § 2241 is before the Court on Respondents' Motion for Extension of Time to Respond to Petition for Habeas Corpus. Filing 16. Respondents request an extension of time to respond to the Petition until three business days after being properly served with the petition. This request is consistent with the language of the controlling statute, 28 U.S.C. § 2243, which establishes good cause for the requested extension. Therefore, the requested extension will be granted.

A recent decision of the Board of Immigration Appeals (BIA), *Matter of Yahure Hurtado*, 29 I&N Dec. 216 (BIA 2025), has come to the Court's attention. Because this decision

1

is or may be relevant to the current proceeding, the Court directs Petitioner and Respondents to address it in their briefing on the Petition.

Accordingly,

IT IS ORDERED that Respondents' Motion for Extension of Time to Respond to Petition for Habeas Corpus, Filing 16, is granted as follows:

1.      Petitioner Vargas Lopez shall serve his Petition and a copy of this Order on Respondents without delay and shall promptly file proof of such service with the Court;

2.      Respondents shall make a return certifying the true cause of Vargas Lopez's detention and why his Petition should not be granted not later than three business days after being properly served with the Petition, unless Respondents file a motion showing good cause for additional time;

4.      Petitioner Vargas Lopez shall have three days from the date of Respondents' return to file a reply, unless Petitioner files a motion showing good cause for additional time;

5.      The Court will set a prompt hearing on this matter upon the filing of Petitioner Vargas Lopez's reply.

IT IS FURTHER ORDERED that the parties shall address the recent decision of the Board of Immigration Appeals (BIA) in *Matter of Yahure Hurtado*, 29 I&N Dec. 216 (BIA 2025), in their briefing on the Petition.

Dated this 10th day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge